UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JENNIFER WHEELER, | ) |
| Plaintiff, | ) |
| | ) No. 2:11-cv-00057 |
| v. | ) |
| | ) Judge Sharp |
| BRAD STAFFORD, in his individual and official capacity as Sheriff of Jackson County, Tennessee; CASIE HARRIS, in her individual capacity; CHARLES COLLIER, in his individual capacity, | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendants' Motion for Summary Judgment (Docket Entry No. 15) is hereby GRANTED.

This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE